FILED
Mar 05 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/AC      DEPUTY

ORDERED UNSEALED on 03/09/2026   s/ MariaFujit[a]

~~SEALED~~

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### September 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAYNE FISTER,<br>　aka "Wayne Wong,"<br><br>　　　　Defendant. | Case No. '26 CR0723 AGS<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec 1341 - Mail Fraud; Title 18, U.S.C., Sec. 501 – Selling Counterfeit Stamps; Title 18, U.S.C., Sec. 1957 - Money Laundering; Title 18, USC., Sec., 2 - Aiding and Abetting; Title 18, U.S.C., Secs. 981(a)(1)(C), 982(a)(1), 982(a)(2)(B), 982(b) and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

At all times relevant to this Indictment:

**INTRODUCTORY ALLEGATIONS**

1.  The United States Postal Service ("USPS"), an agency of the United States, provided customers a variety of services in connection with the delivery of mail, including letters and parcels. All pieces of mail accepted for delivery by USPS were required to bear appropriate and valid postage purchased by the sender. Proof of payment of the

NPB:cms:San Diego:3/5/26

required postage could be established in various ways, including by affixing valid USPS postage stamps.

2. Legitimate USPS postage stamps were manufactured and printed in only two locations, both in the United States, using a process that USPS did not fully disclose to the general public.

3. Online Marketplace was an online platform headquartered in the United States, through which vendors could offer a variety of products for sale, and such products would often be mailed to customers upon successful payment.

4. Defendant WAYNE FISTER, aka "Wayne Wong," was a resident of the Southern District of California who operated a seller account on Online Marketplace named "WLF," which was registered to FISTER.

### Counts 1-9

### (Mail Fraud)

### [18 U.S.C. § 1341]

5. Paragraphs 1 through 4 are re-alleged and incorporated herein.

6. Beginning on a date unknown to the grand jury and continuing up to and including March 1, 2026, within the Southern District of California and elsewhere, defendant WAYNE FISTER, aka "Wayne Wong," did devise and intend to devise, with the intent to defraud, a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and omissions.

### The Scheme

7. Defendant WAYNE FISTER, aka "Wayne Wong," with the intent to defraud, devised and intended to devise a scheme to defraud the United States Postal Service, Online Marketplace, and WLF customers by selling counterfeit stamps through the WLF account on Online Marketplace.

8. Defendant FISTER procured counterfeit USPS stamps from a vendor and thereafter received counterfeit stamps at FISTER's residence in the Southern District of California through U.S. Mail shipments.

9. Defendant FISTER maintained the WLF account with Online Marketplace, which he used to sell counterfeit USPS stamps.

10. Defendant FISTER advertised the counterfeit USPS stamps as authentic through his WLF account on Online Marketplace.

11. Defendant FISTER sold counterfeit USPS stamps through the WLF vendor account on Online Marketplace, including at prices significantly lower than the standard USPS prices for such stamps.

12. Defendant FISTER, upon receiving payment from WLF customers, mailed and cause to be mailed counterfeit stamps from the Southern District of California to customers throughout the United States.

13. When the WLF account received complaints from consumers about the legitimacy of the stamps being sold through the WLF account on Online Marketplace, Defendant FISTER misrepresented and provided false assurances to Online Marketplace that the counterfeit USPS stamps sold through the WLF account were in fact genuine.

14. In support of his misrepresentations about the authenticity of the stamps he was selling on Online Marketplace, Defendant FISTER provided Online Marketplace fraudulent and forged invoices to make it appear to Online Marketplace auditors that the counterfeit stamps sold through the WLF account were in fact genuine.

### Execution of Scheme

15. On or about the dates set forth in each count listed below, within the Southern District of California and elsewhere, defendant WAYNE FISTER, aka "Wayne Wong," for the purpose of executing and attempting to execute the above-described scheme to defraud and to obtain money by

means of materially false and fraudulent pretenses, representations, promises, and omissions, did knowingly place in an authorized depository for mail, to be sent and delivered by the United States Postal Service, did knowingly cause to be delivered by mail, and did knowingly receive from an authorized depository for mail, the following matters:

| Count | Date | Mailings |
|---|---|---|
| 1 | October 1, 2025 | Package mailed via USPS from San Diego, CA to Sacramento, CA with tracking number x974001. |
| 2 | October 3, 2025 | Package mailed via USPS from San Diego, CA to Houston, TX with tracking number x745708. |
| 3 | October 17, 2025 | Package mailed via USPS from Plano, TX to San Diego, CA with tracking number x214052 |
| 4 | October 17, 2025 | Package mailed via USPS from Plano, TX to San Diego, CA with tracking number x214508 |
| 5 | October 17, 2025 | Package mailed via USPS from Plano, TX to San Diego, CA with tracking number x214485 |
| 6 | October 17, 2025 | Package mailed via USPS from Plano, TX to San Diego, CA with tracking number x216039 |
| 7 | October 17, 2025 | Package mailed via USPS from Plano, TX to San Diego, CA with tracking number x214116 |
| 8 | December 16, 2025 | Package mailed via USPS from San, Diego CA to San Diego, CA with tracking number x632710 |
| 9 | December 16, 2025 | Package mailed via USPS from San, Diego CA to Vista, CA with tracking number x985640 |

All in violation of Title 18, United States Code, Section 1341 and 2.

//
//
//

4

## Counts 10-11

### (Selling Counterfeit Stamps)

### [18 U.S.C. §§ 501 and 2]

16. Paragraphs 1 through 4 are re-alleged and incorporated herein.

17. On or about the dates for each count listed below, within the Southern District of California and elsewhere, defendant WAYNE FISTER, aka "Wayne Wong," did knowingly sell, and possess with intent to sell, forge and counterfeit United Stats Postal Service postage stamps:

| Count | Date | Description |
|---|---|---|
| 10 | March 11, 2025 | Controlled purchase of approximately 100 counterfeit USPS stamps by Online Marketplace from "WLF" account |
| 11 | September 19, 2025 | Controlled purchase of approximately 100 counterfeit USPS stamps by federal law enforcement from "WLF" account |

All in violation of Title 18, United States Code, Sections 501 and 2.

## Count 12

### (Money Laundering)

### [18 U.S.C. §§ 1957 and 2]

18. Paragraphs 1 through 14 are re-alleged and incorporated herein.

19. On or about September 26, 2025, within the Southern District of California and elsewhere, defendant WAYNE FISTER, aka "Wayne Wong," did knowingly engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, to wit: a wire transfer for the purpose of purchasing a residence, in the amount of $1,126,840.77 sent from a bank account ending in x4520 to an escrow account, reference numbers ending in x8747, such property having been

5

derived from specified unlawful activity, that is, mail fraud in violation of Title 18, United States Cose, Section 1341, in which WAYNE FISTER, aka "Wayne Wong," participated in the transfer of the proceeds from the Southern District of California to another district.

All in violation of Title 18, United States Code, Sections 1957 and 2.

## FORFEITURE ALLEGATIONS

20. The allegations contained in Counts 1 through 12 of this Indictment are realleged herein and incorporated as a part hereof for purposes of seeking forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), 982(a)(2)(B), 982(b), and Title 28, United States Code, Section 2461(c).

21. Upon conviction of one and more of the offenses set forth in Counts 1 through 9 of this Indictment, and pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), WAYNE FISTER, aka "Wayne Wong," shall forfeit to the United States of America any property, real and personal, which constitutes and is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to:

Real property located at 2035 31st St. San Diego, CA 92104, more particularly described as:

APN/Parcel ID: 539-172-02-00

Legal Description:
THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

THE SOUTH 50 FEET OF THE NORTH 100 FEET OF LOTS 45 TO 48 INCLUSIVE, IN BLOCK 2 OF WATKINS AND BIDDIES ADDITION, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 258, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 7, 1886.

22. Upon conviction of one and more of the offenses set forth in Counts 10 and 11 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(2)(b), WAYNE FISTER, aka "Wayne Wong," shall forfeit to the United States of America any property, constituting, and derived from, proceeds the defendant obtained directly and indirectly, as the result of such violations. The property to be forfeited includes, but is not limited to the real property described in paragraph 22 above.

23. Upon conviction of the offense set forth in Count 12 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), WAYNE FISTER, aka "Wayne Wong," shall forfeit to the United States of America any property, real and personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the real property described in paragraph 22 above.

24. If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

//

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the Defendant up to the value of the property described above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), 982(a)(2)(B) and 982(b) and Title 28, United States Code, Section 2461(c).

DATED: March 5, 2026.

A TRUE BILL:

ADAM GORDON
United States Attorney

By: /s/ Nathan P. Brooks
NATHAN P. BROOKS
Assistant U.S. Attorney