# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

~~SEALED~~

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| Wayne Fister aka Wayne Wong | Case Number: 26-cr-0723-AGS |

~~NOT FOR PUBLIC VIEW~~

FILED
MAR 10 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AC DEPUTY

39390-506

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       Wayne Fister aka Wayne Wong
                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

DATE: 3/9/2026
ARRESTED BY: USPS

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: D. PRICE

RECEIVED
2026 MAR -5 PM 12:56
U.S. MARSHALS S/CA

charging him or her with (brief description of offense):
18:1341 - Mail Fraud
18:501 - Selling Counterfeit Stamps
18:1957 - Money Laundering
18:2 - Aiding and Abetting
18:981(a) (1) (C), 982(a) (1), 982(a) (2) (B), 982(b), 28:2461(c) - Criminal Forfeiture

In violation of Title   See Above   United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. Cortez | 3/5/2026, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____    by    The Honorable Jill L. Burkhardt
                                         Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

anh