# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Wayne Fister

CASE NUMBER  26-cr-00723-AGS

**ABSTRACT OF ORDER**

Booking No.  39390506

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  3/12/2026

the Court entered the following order:

| | |
|---|---|
| X | Defendant be released from custody. |
| | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| X | Defendant released on ___$50,000 P/S___ Bond posted. |
| | Defendant appeared in Court.  FINGERPRINT & RELEASE. |
| | Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated. |
| | Defendant sentenced to TIME SERVED, supervised release for _____ years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| | Case dismissed, charges pending in case no. |
| | Defendant to be release to Pretrial Services for electronic monitoring. |
| X | Other.  Court declines to hold Nebbia hearing |

STEVE B. CHU

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   D. Sutton  x. 5973

Crim-9 (Rev. 09/23)
Original