**Outlook**

## Read: 26cr723 ABSTRACT (Fister)

**From**

**Date** Thu 3/12/2026 11:02 AM

**To** Danielle Sutton <Danielle_Sutton@casd.uscourts.gov>

🔗 1 attachment (81 KB)
Read: 26cr723 ABSTRACT (Fister);

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.