**SAMANTHA A. GREENE** (CA SBN: 220100)
Sevens Legal, APC
3555 Fourth Avenue
San Diego, CA 92103
Tel: (619) 297-2800
Fax: (619) 346-4226
Email: samantha@greenecriminaldefense.com

**Attorney for Defendant
WAYNE FISTER**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JUDGE ANDREW G. SCHOPLER)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No.: 26-CR-0723-AGS** |
| ) | |
| Plaintiff, ) | **NOTICE OF ATTONREY** |
| ) | **APPEARANCE** |
| vs. ) | |
| ) | |
| **WAYNE FISTER,** ) | **NCD: April 17, 2026** |
| ) | **2:00 p.m.** |
| Defendant. ) | |
| ) | |

**TO:   ADAM GORDON, UNITED STATES ATTORNEY; AND NATHAN BROOKS AND ALYSSA SANDERSON, ASSISTANT UNITED STATES ATTORNEYS:**

Attorney Samantha A. Greene hereby lodges her notice of general appearance as co-counsel from the same law firm, on behalf of defendant, WAYNE FISTER.

 **DATED:** <u>March 19, 2026</u>          <u>*s/ SAMANTHA A. GREENE*</u>
                                         SAMANTHA A. GREENE
                                         Attorney for defendant
                                         WAYNE FISTER

1