**Samantha A. Greene**, (CA SBN: 220100)
Sevens Legal, APC
3555 Fourth Avenue
San Diego, CA 92103
Telephone: (619) 297-2800
Fax: (619) 346-4226
Email: samantha@greenecriminaldefense.com

**Attorney for Defendant**
**WAYNE FISTER**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JUDGE ANDREW G. SCHOPLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26-CR-0723-AGS |
| Plaintiff, | |
| vs. | **JOINT MOTION AND STIPULATION TO CONTINUE HEARING** |
| **WAYNE FISTER**, | |
| Defendant | DATE: April 17, 2026<br>TIME: 2:00 p.m. |

WAYNE FISTER, by and through his counsel, Samantha A. Greene, and Assistant United States Attorney Nathan Brooks jointly move to continue the motion hearing/trial setting currently scheduled for April 17, 2026, at 2:00 p.m. to June 18, 2026, at 2:00 p.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).  The government has provided 17GB of discovery and there is a significant amount more of discovery that will be provided and defense counsel needs time to receive and review it with MR. FISTER.

The parties request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(A), as necessary for the adequate preparation of the defense in this case. The parties have conferred about the discovery, and it is being produced on an ongoing basis. MR. FISTER must review the discovery. The additional time

- 1 -

requested is necessary to review ongoing discovery, and discuss legal and factual developments for possible trial, as well as potential resolutions of this case.

The parties agree that the exclusion of time is necessary for the adequate preparation of the defense, is in the interest of justice, and outweighs the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Dated:  March 29, 2026          *s/ Samantha A. Greene*
Samantha A. Greene
Attorney for WAYNE FISTER

Dated:  March 29, 2026          *s/ Nathan Brooks*
Nathan Brooks
Assistant United States Attorney