**SAMANTHA A. GREENE** (SBN: 220100)
Sevens Legal, APC
3555 Fourth Avenue
San Diego, CA 92103
Tel: (619) 297-2800
Fax: (619) 346-4226
E-mail: samantha@greenecriminaldefense.com

**Attorney for Defendant**
**WAYNE FISTER**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JUDGE ANDREW G. SCHOPLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 26-CR-0723-AGS |
| Plaintiff, ) | **ACKNOWLEDGMENT OF** |
| vs. ) | **NEXT COURT DATE** |
| WAYNE FISTER, ) | **NCD: April 17, 2026** |
| Defendant. ) | **2:00 p.m.** |

**TO:   ADAM GORDON, UNITED STATES ATTORNEY; AND NATHAN BROOKS, ASSISTANT UNITED STATES ATTORNEY:**

The defendant in the above-referenced matter, WAYNE FISTER, hereby acknowledges the change of his presently scheduled Motion and Trial Setting Hearing date of April 17, 2026, at 2:00 p.m., to June 18, 2026, at 2:00 p.m.

DATED: 03/26/2026

Wayne Fister (Mar 26, 2026 09:12:13 PDT)
**WAYNE FISTER**

1