# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JUDGE ANDREW G. SCHOPLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,) | Case No.: 26-CR-0723-AGS |
| Plaintiff, ) | |
| vs. ) | **ORDER TO CONTINUE HEARING** |
| **Wayne FISTER**, ) | |
| Defendant. ) | |

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN,** the Motion and Trial Setting Hearing of April 17, 2026, at 2:00 p.m. is continued to June 18, 2026, at 2:00 p.m.

**IT IS FURTHER ORDERED** that the time between April 17, 2026, and June 18, 2026, is excluded under the Speedy Trial Act pursuant to the ends of justice, 18 U.S.C. § 3161(h)(7)(A). For the reasons stated in the joint motion to continue (ECF 18), the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**DATED:** April 1, 2026

_____
**HONORABLE ANDREW G. SCHOPLER**
**United States District Judge**