**Samantha A. Greene,** (CA SBN: 220100)
Sevens Legal, APLC
3555 Fourth Avenue
San Diego, CA 92103
Telephone: (619) 297-2800
Facsimile: (619) 346-4226
Email: samantha@greenecriminaldefense.com

**Attorney for Defendant**
**WAYNE LOUIS FISTER**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JUDGE ANDREW G. SCHOPLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.: 26-CR-0723-AGS** |
| Plaintiff, ) | |
| ) | **MOTION TO MODIFY PRETRIAL** |
| vs. ) | **CONDITIONS OF RELEASE** |
| ) | |
| WAYNE LOUIS FISTER, ) | DATE:   June 18, 2026 |
| Defendant. ) | TIME:   2:00 p.m. |
| ) | |
| ) | |

Attorney Samantha A. Greene, counsel for WAYNE LOUIS FISTER, declares the following:

1. I am the retained counsel for MR. FISTER.

2. The Honorable Judge Steve B. Chu set conditions of release on March 9, 2026, for MR. FISTER. One of those conditions is that MR. FISTER's travel is limited to the Central and Southern Districts of California.

3. Prior to MR. FISTER being arrested and arraigned on this case, he and his husband had planned and paid for their itineraries to Hawaii from May 4,

2026, to May 14, 2026, so that MR. FISTER can purchase plants for his plant business, which has nothing to do with the instant offense and also a trip to Orlando, Florida from November 23, 2026, to December 3, 2026, to have Thanksgiving with his husband's family.  All other conditions shall remain in effect.

4. My investigator, Alejandro Amigo, has been in contact with AUSA Nathan Brooks, and Pretrial Officers Craig Stanziano.  AUSA Brooks defers to the pretrial officer Stanzione who is not opposed modifying the conditions of release to change MR. FISTER's condition to allow the travel to both Hawaii and Florida.  All other conditions shall remain as previously set by the Honorable Judge Chu.

5. Additionally, MR. FISTER shall provide his assigned pretrial officer with all the itineraries for these two trips.  He will also be required to check in worth his officer before leaving on each trip and upon his return.

6. Mr. Amigo also contacted Benjamin Wong and Crystal Si Wai Wong, the sureties on this case, and both have signed a declaration (attached to motion) allowing the court to modify the conditions of release to allow the travel to both Hawaii and Florida.

///

///

///

Due to the aforementioned reasons, MR. FISTER, through his counsel, requests the Court find good cause and modify the conditions of release to allow the travel to the places and dates stated above.

Dated: <u>April 17, 2026</u>                    Respectfully submitted,

                                         <u>*/s/ Samantha A. Greene*</u>
                                         Samantha A. Greene
                                         Attorney for Defendant
                                         WAYNE LOUIS FISTER