**Samantha A. Greene,** (CA SBN: 220100)
Sevens Legal, APLC
3555 Fourth Avenue
San Diego, CA 92103
Telephone: (619) 297-2800
Facsimile: (619) 346-4226
Email: samantha@greenecriminaldefense.com

**Attorney for Defendant**
**WAYNE LOUIS FISTER**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JUDGE ANDREW G. SCHOPLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26-CR-0723-AGS |
| Plaintiff, | |
| vs. | **DECLARATION OF SURETY IN SUPPORT OF MODIFYING CONDITIONS OF RELEASE** |
| WAYNE LOUIS FISTER, | |
| Defendant | |

I, Crystal Si Wai Wong, declare the following:

1. I am the surety in the above matter and the sister-in-law of MR. FISTER.

2. I have been made aware that my brother-in-law, MR. FISTER, is requesting his bond be modified to change his condition to allow travel to/from Hawaii from May 4, 2026, and May 14, 2026, and to/from Florida from November 23, 2026, to December 3, 2026. I also am aware my brother, Benjamin will be accompanying him on both trips.

3. I hereby agree with and authorize MR. FISTER's pretrial conditions to be modified to allow him to travel on both trips. I am also aware that MR.

Declaration of Surety
- 1 -

FISTER is required to provide his assigned pretrial officer with both itineraries and inform them when he leaves and upon his return.

I declare the above to be true and correct under penalty of perjury of the laws of the United States of America.

Dated: 04/17/2026

Crystal Si Wai Wong (Apr 17, 2026 18:22:43 CDT)

Crystal Si Wai Wong
Surety

Declaration of Surety
- 2 -