ADAM GORDON
United States Attorney
ALYSSA SANDERSON
Assistant U.S. Attorney
California Bar No. 353398
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7634

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

| UNITED STATES OF AMERICA, | Case No.: 3:26-cr-00723-AGS |
|---|---|
| v. | |
| WAYNE FISTER, | NOTICE OF APPEARANCE |
| Defendant. | |

I, the undersigned attorney, enter my appearance as co-counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**None.**

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to

activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

**None.**

Please feel free to call me if you have any questions about this notice.

DATED: June 2, 2026.

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/Alyssa Sanderson*
ALYSSA SANDERSON
Assistant U.S. Attorney