# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Wayne Fister

**Dkt No.:** 3:26-cr-00723-AGS-1

**Name of Judicial Officer:** The Honorable Andrew G. Schopler, U.S. District Judge (referred to the Honorable Steve B. Chu, U.S. Magistrate Judge)

**Date Conditions Were Ordered:** March 9, 2026, before the Honorable Steve B. Chu, U.S. Magistrate Judge

**Conditions of Release:** The defendant must not violate federal, state, or local law during the period of release; the defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a; the defendant must appear in court as ordered and surrender as directed to serve any sentence; the defendant must not possess or attempt to possess a firearm, destructive device, or other dangerous weapon and legally transfer all firearms; the defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances; the defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; the defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; the defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form. Restrict travel to San Diego County, Imperial County, and the Central District of California; do not enter Mexico. *Additional Conditions*: reside with a family member, surety, or at a residence approved by the Pretrial Services Office, including any contract facility; surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document; submit to psychological/psychiatric treatment at Pretrial Services' discretion; avoid buying/selling stamps/items online or via marketplace.

**Modification:** On April 20, 2026, your Honor ordered the defendant's conditions of release be modified to allow travel to Hawaii, from May 4, 2026, to May 14, 2026, and travel to Florida, from November 23, 2026, to December 3, 2026.

**Date Released on Bond:** March 12, 2026

**Charged Offense:** 18:1341, 501; 18:981(a)(1)(C), 982 (a)(1), 982(a)(2)(B), 982(b), 28:2461(c)

**Next Court Hearing:** Motion Hearing/Trial Setting set for June 18, 2026, at 2:00PM, before the Honorable Andrew G. Schopler, U.S. District Judge.

**Asst. U.S. Atty.:** Nathan Brooks

**Defense Counsel:** Samantha A. Greene

**Prior Violation History:** None.

PS8B
(09/20)

**Name of Defendant:** Wayne Fister                                    June 3, 2026
**Docket No.:** 3:26-cr-00723-AGS-1                                      Page 2

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

AVOID BUYING/SELLING STAMPS/ITEMS ONLINE OR VIA MARKETPLACE EXCEPT FOR AGRICULTURAL OR HORTICULTURAL COMMODITIES AS APPROVED BY U.S. PRETRIAL SERVICES.

**CAUSE**

On March 13, 2026, Pretrial Services reviewed the conditions of release with the defendant, including the condition he avoid buying/selling stamps/items online or via marketplace.

On June 1, 2026, the defendant shared screenshots of plant sales advertised through Facebook Marketplace, as well as multiple payment transactions which occurred through Venmo or cash payments, associated with sales of assorted flowering and edible plants. The transactions are dated between April 8, 2026, and May 31, 2026. The defendant noted he hopes to expand his plant selling business, as it is his current main source of income.

The undersigned also contacted counsel, Samantha Greene, and Assistant U.S. Attorney Nathan Brooks, who both noted no objection to the underlying request. Additionally, the undersigned contacted sureties, Ben Wong and Crystal Wong, who noted they were not opposed to the modification.

Considering the new information received regarding the defendant selling plants via Facebook Marketplace, Pretrial Services respectfully requests the Court modify the defendant's conditions of release to include he avoid buying/selling stamps/items online or via marketplace except for agricultural or horticultural commodities as approved by U.S. Pretrial Services

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** June 3, 2026

Respectfully submitted:                          Review and approved:


by   *Craig Stanziano*                            *wp*
     Craig Stanziano                              William Perales
     U.S. Pretrial Services Officer               Supervisory U.S. Pretrial Services Officer
     619-321-1422
     Place: San Diego, California

**PS8B**
(09/20)

**Name of Defendant:** Wayne Fister

**Docket No.:** 3:26-cr-00723-AGS-1

June 3, 2026

Page 3

## THE COURT ORDERS:

✓     **AGREE,** hold action in abeyance as to the defendant selling items online and modify conditions to include the defendant must avoid buying/selling stamps/items online or via marketplace except for agricultural or horticultural commodities as approved by U.S. Pretrial Services.

_____     Other _____

_____

_____

June 3, 2026

The Honorable Steve B. Chu            Date
U.S. Magistrate Judge